*For reversal*—Chief Justice RABNER and Justices LaVECCHIA, ALBIN, PATTERSON, FERNANDEZ–VINA, SOLOMON and CUFF (temporarily assigned)—7.

*Opposed*—None.

121 A.3d 382

IN THE MATTER OF ANDREW ROSS KAUFMAN, AN ATTORNEY AT LAW (ATTORNEY NO. 024651987).

August 31, 2015.

## ORDER

**ANDREW ROSS KAUFMAN** of **CHERRY HILL,** who was admitted to the bar of this State in 1987, having pleaded guilty in

the Philadelphia Court of Common Pleas to Theft by Failure to Make Required Disposition of Funds Received, a felony of the third degree, and Criminal Conspiracy, a felony of the third degree, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **ANDREW ROSS KAUFMAN** is temporarily suspended from the practice of law pending the final resolution of the ethics proceedings against him, effective immediately and until further Order of this Court; and it is further

ORDERED that **ANDREW ROSS KAUFMAN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **ANDREW ROSS KAUFMAN** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State.